## BID PROCEDURES[1]

Set forth below are the bid procedures (the "Bid Procedures") to be used with respect to the sale of the commercial real property owned by Mariners Gate, LLC (the "Debtor") located at 548 West 28th Street, New York, NY which is currently configured for approximately 50 commercial tenants (the "Building").

Additional information regarding the Building can be obtained by contacting Debtor's counsel: Goldberg Weprin Finkel Goldstein LLP, 125 Park Ave., 12th Fl., New York, New York 10017, Attn: Kevin Nash (knash@gwfglaw.com).

The ability to undertake and consummate a sale of the Building shall be subject to competitive bidding, as set forth herein, and approval by the Court. As set forth herein, the Debtor will consider bids for the Building. For the avoidance of doubt, the Auction (as defined herein) shall occur no later than **April 15, 2026**, and the foregoing requirements shall not be modified or amended by the Debtor unless JPMorgan Chase Bank, N.A. ("Chase") provides its prior written consent (which may be via email).

### I.   Key Dates and Deadlines

The key dates for the sale process are set forth below. The Debtor may not modify or extend the foregoing deadlines without the written consent of Chase (which may be via email).

| Sale Process Key Dates and Deadlines | |
|---|---|
| Bid Deadline | **April 10, 2026** |
| Auction (if necessary) | **April 15, 2026** |
| Sale Approval Hearing | **April 27, 2026 at 2:00 pm** |
| Plan Confirmation | **No later than April 27, 2026** |
| Closing Date | **No later than May 26, 2026** |

---

[1] Capitalized terms used but not defined herein shall have the meanings set forth in the ***Debtor's Motion Seeking Entry of an Order (I) Approving Bid Procedures Relating to the Public Auction Sale of The Debtor's Building Located At 548 West 28th Street, New York, NY Free and Clear of All Claims, Liens and Interests; (II) Approving a Proposed Stalking Horse Contract With East CP Ventures, LLC and Related Break-Up Fee And Bid Protections; and (III) Approving Procedures for the Assumption and Assignment of Commercial Leases at the Building [ECF No. 36] (the "Motion").***

## II.   Determination by the Debtor

Throughout the Bidding Process (as defined below), the Debtor will consult with Chase and its respective counsel (collectively, the "Consultation Party") and together they shall (a) coordinate the efforts of Potential Bidders (defined below) in conducting their respective due diligence prior to the Bid Deadline (defined below), (b) evaluate bids from Potential Bidders for the Building, (c) negotiate any bid made to acquire the Building, and (d)  make such other determinations, including selection of the Successful Bid, as are provided in these Bid Procedures (collectively, the "Bidding Process"); *provided*, that to the extent that Chase submits a bid (including any credit bid) for the Building, Chase shall no longer be a Consultation Party unless and until Chase waives its right to continue in the bidding process, which waiver may be declared at any point during the Auction (as defined herein) so that Chase may immediately resume its role as a Consultation Party.

## III.   Due Diligence

The Sale of the Building shall be without any conditions or contingencies.  Up to and including to the Bid Deadline (such period, the "Diligence Period"), the Debtor shall afford any Potential Bidder such available due diligence as may be reasonably requested.

Additionally, each Potential Bidder shall comply with all reasonable requests with respect to information and due diligence access by the Debtor and its advisors regarding such Potential Bidder or Qualified Bidder (as defined below) and its contemplated sale transaction.  Failure by a Potential Bidder or a Qualified Bidder to comply with reasonable requests for additional information and due diligence will be a basis for the Debtor to determine, after consultation with the Consultation Party, that such Potential Bidder or Qualified Bidder is not a Qualified Bidder.

## IV.   Bid Deadline

A potential bidder that desires to make a bid (a "Potential Bidder or Potential Bidders") on the Building shall deliver copies of its bid (defined below), in Microsoft Word format, by email to counsel to the Debtor (Kevin Nash (knash@gwfglaw.com)) and counsel for Chase (Theresa A. Foudy, tfoudy@mofo.com and Miranda Russell, mrussell@mofo.com) by no later than **April 10, 2026 at 5:00 p.m. (prevailing Eastern Time)** (the "Bid Deadline").

## V.   Bid Requirements

All bids (each hereinafter, a "Bid") with respect to the Sale of the Building (collectively, the "Bid Requirements") must be accompanied by a letter or email:

> (a)      disclosing the identity of the person or entity submitting the Bid, as well as any party participating in or otherwise supporting the Bid, and the terms of any such participation or support (including any equity holder or other financial backer if the Potential Bidder is an entity formed for the purpose of consummating the proposed transaction contemplated by the Bid);

2

(b)     stating with specificity the liabilities and obligations to be assumed by the Potential Bidder;

(c)     stating clearly the purchase price to be paid (the "Purchase Price") in cash; *provided*, that no portion of the Purchase Price shall include non-cash consideration.

(d)     accompanied by a duly executed purchase agreement (a "Purchase Agreement") including all exhibits and schedules related thereto;

(e)     providing for a Closing Date on or before **May 26, 2026**;

(f)     confirming that such Bid is not subject to any due diligence or financing contingency or any other conditions (including third party approvals), or, solely with respect to any conditions, describe the potential impact of such conditions to the evaluation of such Bid;

(g)     including evidence, in form and substance reasonably satisfactory to the Debtor and Chase, of authorization and approval from the Qualified Bidder's board of directors (or comparable governing body) with respect to the submission, execution, delivery, and closing of the transactions contemplated by the Purchase Agreement;

(h)     identifying with particularity each and every executory contract and unexpired lease, the assumption and assignment of which is a condition to closing the Sale (and stating when such assumption and assignment is proposed to occur);

(i)     providing adequate assurance of future performance information (the "Adequate Assurance Information"), and all such information subject to appropriate confidentiality, including (i) information about the Potential Bidder's financial condition, such as federal tax returns for two years, a current financial statement, or bank account statements, and (ii) information demonstrating (in the Debtor's reasonable business judgment in consultation with the Consultation Party) that the Potential Bidder has the financial capacity to consummate the proposed Sale and the assumption and assignment of executory contracts;

(j)     be accompanied by a deposit in cash in the form of a certified check or wire transfer, payable to the order of the Debtor, in the amount of ten percent (10%) of the proposed Purchase Price,  which funds will be deposited into an interest bearing escrow account to be identified and established by the Debtor (a "Good Faith Deposit"), which shall be augmented as applicable so that the Good Faith Deposit equals ten percent (10%) of the Successful Bid, plus other evidence of the Potential Bidder's ability to timely close the transaction, including financing commitments and/or proof of funds to be evaluated by the Debtor, in consultation with the Consultation Party;

(k)     be accompanied by a written commitment that the applicable Potential Bidder will serve as the Next-Highest Bidder (as defined herein) in the event that

such Potential Bidder's bid is not selected as the Successful Bid;

(l)        expressly state and acknowledge that such Potential Bidder shall not be entitled to, and shall not seek, any transaction break-up fee, termination fee, expense reimbursement, working fee, or similar type of payment, and each Bid must expressly waive any claim or right to assert any substantial contribution administrative expense claim;

(m)       acknowledging and agreeing that such Bid and each of its provisions is binding upon the Potential Bidder and irrevocable in all respects; and

(n)        representing and warranting the Prospective Bidder's confirmation that it had an opportunity to conduct any and all due diligence regarding the Building prior to submitting its Bid and that such sale of the Building shall be on a "as-is, where-is" basis.

The Debtor, in consultation with the Consultation Party, will review each Bid received from a Potential Bidder by the Bid Deadline to determine whether it meets the requirements set forth above; **provided** that the Debtor may, with the written consent of the Consultation Party, waive or modify the Bid Requirements other than requirements (b), (c), (e), (j), (l), (m), and (n), each of which may not be waived. A Bid received from a Potential Bidder that meets the above requirements, and is otherwise satisfactory to the Debtor, will be considered a "Qualified Bid" and each Potential Bidder that submits a Qualified Bid will be considered a "Qualified Bidder." For the avoidance of doubt, Chase is deemed a fully Qualified Bidder for all purposes and requirements pursuant to the Bidding Procedures. Chase shall not be required to comply with requirements (g), (i) or (j) provided for above.

A Qualified Bid will be valued by the Debtor based upon any and all factors that the Debtor, in consultation with the Consultation Party, reasonably deems pertinent in the Debtor's reasonable business judgment, including, among others, (a) the Purchase Price of the Qualified Bid, (b) the risks and timing associated with consummating the transaction(s) with the Qualified Bidder, (c) any excluded assets or executory contracts, and (d) any other factors that the Debtor (in consultation with the Consultation Party) may reasonably deem relevant.

Any Bid rejected pursuant to this paragraph shall not be deemed to be a Qualified Bid. If any Bid is rejected, the Debtor shall cause the Good Faith Deposit of such Potential Bidder to be refunded to it within five (5) business days after the Bid Deadline.

## VI.    No Bid Protections

For the avoidance of doubt and notwithstanding anything to the contrary herein or in the order approving these Bid Procedures, no bidder shall be entitled to any expense reimbursement, break-up fees, or any other bid protections. Any substantial contribution claims by any bidder are deemed waived.

## VII.    Auction Procedures

4

Auction Time and Location.  If the Debtor receives more than one timely Qualified Bid for the Building, the Debtor will conduct an auction for the Building (the "Auction") on **April 15, 2026** at the offices of counsel to the Debtor, Goldberg Weprin Finkel Goldstein LLP, 125 Park Avenue, 12th Floor, New York, NY 10017 (or such earlier time or such other place as the Debtor shall designate and notify to all Qualified Bidders who have submitted Qualified Bids) for consideration of the Qualified Bids, each as may be increased at the Auction.

If the Debtor only receives one Qualified Bid, then (a) the Debtor shall not hold an Auction with respect to the Building and shall promptly file (by no later than **April 14, 2026**) a notice canceling the Auction with the Court and serve such notice on the contract counterparties identified in any cure notice filed with the Court; (b) the sole Qualified Bid will be deemed the Successful Bid with respect to the Building; and (c) that Qualified Bidder will be named the Successful Bidder with respect to the Building in accordance with the asset purchase agreement submitted with such Qualified Bid.

Participants and Attendees.  Unless otherwise ordered by the Bankruptcy Court for cause shown or as agreed between the Debtor and the Consultation Party in advance in writing, only the Consultation Party and its representatives and the Qualified Bidders and their designated representatives shall be eligible to participate in and attend the Auction.

Each Qualified Bidder participating in and attending the Auction will be required to confirm in writing and on the record at the Auction that (i) it has not engaged in any collusion with respect to the Auction or the submission of any bid for the Building and (ii) its Qualified Bid that gained the Qualified Bidder admission to participate in the Auction and each Qualified Bid submitted by the Qualified Bidder at the Auction is a binding, good-faith and *bona fide* offer to purchase the Building.

Minimum Bid.   The Debtor will conduct an Auction and shall determine, in consultation with the Consultation Party and in its reasonable discretion, which Qualified Bid is the highest or otherwise best Qualified Bid for purposes of constituting the opening bid at such Auction (the "Minimum Bid").  The Debtor and Chase shall negotiate in good faith to establish a minimum bid.

Incremental Overbids.  Bidding at the Auction for the Building will begin with the Minimum Bid and continue, in one or more rounds of open bidding, so long as during each round at least one subsequent bid (a "Subsequent Bid") is submitted by a Qualified Bidder that (i) improves on such Qualified Bidder's immediately prior Qualified Bid and complies with the Incremental Overbid requirement and (ii) the Debtor, in consultation with the Consultation Party, determines that such Subsequent Bid is (A) for the first round, a higher and otherwise better offer than the Minimum Bid, and (B) for subsequent rounds, a higher and otherwise better offer than the immediately prior Leading Bid (as defined below).  Each Bid will be announced on the record and in the presence of the Debtor, the Consultation Party and each other Qualified Bidder.  No sealed bidding shall be allowed; provided that nothing herein shall preclude the Debtor from permitting recesses, in consultation with the Consultation Party, with respect to the bidding and separate breakout rooms for bidders.

The minimum required increment for successive Bids (each, such bid, a "Incremental Overbid") shall be $50,000.  The Debtor may, in its discretion but in consultation with the

5

Consultation Party, announce increases or reductions to Incremental Overbids at any time during the Auction.

Upon a Qualified Bidder's declaration of a Bid at the Auction, the Qualified Bidder must state on the record its commitment to pay within three (3) business day following the Auction, if such bid were to be selected as the Successful Bid, the incremental amount of the Qualified Bidder's Good Faith Deposit calculated based on the total Purchase Price of such Bid (such Good Faith Deposit so increased, the "Incremental Deposit Amount") if applicable; *provided*, that the foregoing requirement shall not apply to any credit bid submitted by Chase.

Leading Bid.  After the first round of bidding and between each subsequent round of bidding, the Debtor will announce the Bid that they believe to be the highest and otherwise best offer for the Building (each such bid, a "Leading Bid") and describe the material terms thereof. Each round of bidding will conclude after each participating Qualified Bidder has had the opportunity to submit a Subsequent Bid with full knowledge of the material terms of the Leading Bid, subject to the Debtor's authority, in consultation with the Consultation Party, to revise the Auction procedures to the extent permitted herein.

Evaluation of Bids.  The Debtor, in consultation with the Consultation Party, shall have the right to determine, in its business judgment, which Bid is the highest and otherwise best Bid with respect to the Building and may consider any and all relevant factors including (a) the amount and nature of the total consideration, (b) the likelihood of the Qualified Bidder's ability to close a transaction and the timing thereof, (c) the tax consequences of such Bid, and (d) any other considerations that may impact the Debtor's estate and its creditors.

Successful Bids and Next-Highest Bids.  Immediately prior to the conclusion of the Auction, the Debtor will (a) determine, consistent with these Bidding Procedures and in consultation with the Consultation Party, which Qualified Bid constitutes the highest and otherwise best Bid for the Building (such Bid, the "Successful Bid" and such bidder, the "Successful Bidder").  As a condition to remaining the Successful Bidder, the Successful Bidder shall, within five (5) business days after the conclusion of the Auction, (i) if applicable, wire to the Debtor in immediately available funds the Incremental Deposit Amount, calculated based on the Purchase Price in the Successful Bid(s) and (ii) submit to the Debtor fully executed documentation memorializing the terms of the Successful Bid.  Pending determination of the Successful Bid, the Debtor will designate the next-highest Bid at the Auction (the "Next-Highest Bid" and such bidder, the "Next-Highest Bidder") and retain the Good Faith Deposit accompanying such Next-Highest Bid pending the consummation of the sale to the Successful Bidder whereupon such Good Faith Deposit will be released to the Next-Highest Bidder.  The Next Highest Bid shall remain binding on the Next-Highest Bidder until the closing of a sale transaction for the Building pursuant to the Successful Bid.

As soon as practicable following conclusion of the Auction (but in any event not later than five (5) days following the conclusion of the Auction), the Debtor shall file a notice on the Bankruptcy Court's docket identifying the Successful Bidder for the Building.

**VIII.    Sale Hearing**

The Successful Bid will be subject to approval by the Bankruptcy Court.    The hearing to approve a Successful Bid with respect to the Sale of the Building shall take place no later than **April 27, 2026 at 2:00 p.m. (ET)** with the exact time and date to be provided by the Court (the "Sale Approval Hearing").

**IX.    Credit Bidding**

For the avoidance of doubt, nothing in these Bidding Procedures shall impact any rights of JPMC under the *Stipulation and Order Authorizing Interim Use of Cash Collateral and Grant of Adequate Protection to JPMorgan Chase Bank, N.A.* [Docket No. 37], and JPMC's right to credit bid pursuant to Section 363(k) of the Bankruptcy Code on the Building is fully preserved.

**X.    Reservation of Rights and Modifications**

Except for the Bid Deadline, the Bid Requirements and the means for submitting Incremental Bids (except the Debtor may in its reasonable discretion and in consultation with the Consultation Party, modify, upwards or downwards, the amount of incremental bidding as the auction evolves), the Debtor and its estate, in consultation with the Consultation Party, and in the exercise of its fiduciary obligations, are authorized to modify these Bidding Procedures to promote the goals of the Bidding Process in its reasonable business judgment (but subject to the consultation and consent rights set forth herein) including: (A) extending the deadlines set forth in these Bidding Procedures; (B) adjourning or canceling the Auction; (C) adding procedural rules that are reasonably necessary or advisable under the circumstances for conducting the Auction; and (D) rejecting any or all Bids or Qualified Bids; *provided, however,* that the Debtor may not amend or modify these Bidding Procedures or the bidding process to (i) reduce or otherwise modify its obligations to consult with the Consultation Party or alter any other rights of the Consultation Party (including any consent rights set forth herein) without the written consent of the Consultation Party or further order of the Court; or (ii) extend the deadline for the Auction later than **April 15, 2026** without the written consent of the Consultation Party or further order of the Court.

Each reference in these Bidding Procedures to "consultation" (or similar phrase) with the Consultation Party shall mean consultation in good faith.

**XI.    Consent to Jurisdiction**

All Prospective Bidders and Qualified Bidders shall be deemed to have consented to the exclusive jurisdiction of the Court for any and all matters related to, or in connection with, the Bidding Procedures.