# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Mariner's Gate LLC | Case No. 25-12819-PB |
| Debtor. | |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, depose and say that I am employed by Omni Agent Solutions, Inc.

On March 19, 2026, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served (i) via the method set forth on the Service List attached hereto as **Exhibit A** and (ii) via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Notice of Deadline Requiring Filing of Proofs of Claim on or before April 21, 2026**

- **Notice of Potential Assumption and Assignment of Commercial Leases and Cure Amounts**

- **Proof of Claim Form**

- **Order (I) Approving Bid Procedures Relating to the Public Auction Sale; and (II) Approving Procedures for the Assumption and Assignment of Executory Contracts**

Dated: March 23, 2026

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California         }
{                            } ss.
{County of Los Angeles       }

Subscribed and sworn to (or affirmed) before me on this 23rd day of March, 2026, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2547598
My Comm. Expires Mar 11, 2030

# **EXHIBIT A**

**Exhibit A**

**Service List**

| Creditor | Address | | | | Method of Service |
|---|---|---|---|---|---|
| Clark Whitsett, Referee | 6605 Woodhaven Boulevard | Rego Park, NY 11374 | | | First Class Mail |
| Hudson Guild Temp Space LLC | c/o Stephanie R Sweeney, Esq. | Klestadt Winters Jureller Southard & Stevens, LLP | 200 West 41st Street, 17th Floor | New York, NY 10036 | First Class Mail |
| Internal Revenue Service | Centralized Insolvency Operations | PO Box 7346 | Philadelphia, PA 19101-7346 | | First Class Mail |
| JPMorgan Chase Bank | c/o Theresa Foudy, Esq., | Morrison & Foerster LLP | 250 West 55th Street | New York, NY 10019 | First Class Mail |
| JPMorgan Chase Bank | c/o Justin Young, Esq., | Morrison & Foerster LLP | 250 West 55th Street | New York, NY 10019 | First Class Mail |
| JPMorgan Chase Bank | c/o Miranda Russell, Esq. | Morrison & Foerster LLP | 250 West 55th Street | New York, NY 10019 | First Class Mail |
| Loop Net | PO Box 7410099 | Chicago, IL 60674-5099 | | | First Class Mail |
| New York State Department of Labor | 1220 Washington Ave. BLDG. 12, Room 256 | Albany, NY 12226 | | | First Class Mail |
| NYC Dep't of Finance | Legal Affairs, Collection Unit | 375 Pearl St., Apt 30 | New York, NY 10038 | | First Class Mail |
| NYC Dept of Law | Attn: Bernadette Brennan, Esq. | 100 Church Street, Rm 5-233 | New York, NY 10007 | | First Class Mail |
| NYS Attorney General | 28 Liberty St | New York, NY 10005 | | | First Class Mail |
| NYS Dep't of Taxation | Bankruptcy/Special Procedure | PO Box 5300 | Albany, NY 12205 | | First Class Mail |
| Paradigm CF Corp. | 317 Madison Avenue, Suite 1100 | New York, NY 10017 | | | First Class Mail |
| Pathe Shipping Supplies | Attn: Lawrence Weisberg | 620 West 26th Street, Lower Level | New York, NY 10001 | | First Class Mail |
| Pinetree Group, Inc. | 548 W. 28th Street, Ste. 645 | New York, NY 10001 | | | First Class Mail |
| Rainbow Broadband, Inc | 336 West 37th Street, 4th floor | New York, New York 10018 | | | First Class Mail |
| Sirina Fire Protection Corp. | 151 Herricks Road | New Hyde Park, NY 11040 | | | First Class Mail |
| Sprague Operating Resources LLC | PO Box 782177 | Philadelphia, PA 19178-2177 | | | First Class Mail |
| Suburban Pest Control of NY Inc. | PO Box 129 | Yonkers, NY 10705 | | | First Class Mail |
| Tara Tiantian, Esq. | Office of the United States Trustee-NY | Alexander Hamilton Custom House | One Bowling Green, Room 534 | New York, NY 10004 | First Class Mail |
| W Financial | c/o Frank Dell'Amore, Esq. | Westerman Ball Ederer Miller Zucker & Sharfstein, LLP | 1201 RXR Plaza, 12th Floor | Uniondale, NY 11556 | First Class Mail |
| Waste Connections | 120 Wood Avenue South, Ste. 302 | Iselin, NJ 08830 | | | First Class Mail |

# **EXHIBIT B**

**Exhibit B**

**Service List**

| Creditor | Address | | Method of Service |
|---|---|---|---|
| 55 Mercer Street Artists, Inc | 548 West 28th Street, 634 | New York, NY 10001 | First Class Mail |
| Altaimage Corp | 548 West 28th Street, 600 | New York, NY 10001 | First Class Mail |
| Aperture Foundation | 548 West 28th Street, 4th Floor | New York, NY 10001 | First Class Mail |
| Archetype New York | 548 West 28th Street, 640 | New York, NY 10001 | First Class Mail |
| ArtSpeak Collective LLC | 548 West 28th Street, 204 | New York, NY 10001 | First Class Mail |
| Bigstar Motion Design Inc | 548 West 28th Street, 542 | New York, NY 10001 | First Class Mail |
| Bigstar Motion Design Inc. | 548 West 28th Street, 307 | New York, NY 10001 | First Class Mail |
| Blue Mountain Gallery | 548 West 28th Street, 200 | New York, NY 10001 | First Class Mail |
| Bowery Artists Inc. | 548 West 28th Street, 508 | New York, NY 10001 | First Class Mail |
| Carol Lynn Vasquez Art Services | 548 West 28th Street, 625 | New York, NY 10001 | First Class Mail |
| Carter Burden Center for the Aging,Inc | 548 West 28th Street, 534 | New York, NY 10001 | First Class Mail |
| Casa Dragones Tequila Company, Inc. | 548 West 28th Street, 328 | New York, NY 10001 | First Class Mail |
| Casa Dragones Tequila Company, Inc. | 548 West 28th Street, 301 | New York, NY 10001 | First Class Mail |
| Ceara Donnelley LTD Co | 548 West 28th Street, 533 | New York, NY 10001 | First Class Mail |
| Ceres Gallery | 548 West 28th Street, 201 | New York, NY 10001 | First Class Mail |
| Chelsea Dance Studio Corp. | 548 West 28th Street, 232 | New York, NY 10001 | First Class Mail |
| Denim Connection USA, Inc. | 548 West 28th Street, 530 | New York, NY 10001 | First Class Mail |
| Eagle Open Kitchen, LLC | 548 West 28th Street, Gr | New York, NY 10001 | First Class Mail |
| Eagle Open Kitchen, LLC | 547 West 27th Street, Gr-27th Back | New York, NY 10001 | First Class Mail |
| First Street Gallery Inc. | 548 West 28th Street, 514 | New York, NY 10001 | First Class Mail |
| Focus Audio Visual Services | 548 West 28th Street, 518 | New York, NY 10001 | First Class Mail |
| Hudson Guild Temp Space LLC | 548 West 28th Street, 207 | New York, NY 10001 | First Class Mail |
| International Fine Art Fund | 548 West 28th Street, 528 | New York, NY 10001 | First Class Mail |
| Jen Waldman Studio Inc. | 548 West 28th Street, 231 | New York, NY 10001 | First Class Mail |
| Jim Hodges Studio Inc. | 548 West 28th Street, 610 | New York, NY 10001 | First Class Mail |
| Jim Hodges Studio Inc. | 548 West 28th Street, 336 | New York, NY 10001 | First Class Mail |
| Karen Miles | 548 West 28th Street, 338 | New York, NY 10001 | First Class Mail |
| Melinda Cullman | 548 West 28th Street, 515 | New York, NY 10001 | First Class Mail |
| Montserrat Gallery, Inc. | 548 West 28th Street, 516 | New York, NY 10001 | First Class Mail |
| Nasty Pig Inc. | 548 West 28th Street, 334 | New York, NY 10001 | First Class Mail |
| New Atlantic Gallery, Inc. | 548 West 28th Street, 538-540 | New York, NY 10001 | First Class Mail |
| New York Landmarks Preservation Foundation, Inc. | 548 West 28th Street, 519 | New York, NY 10001 | First Class Mail |
| NY Cosmos Gallery, Inc. | 548 West 28th Street, 428 | New York, NY 10001 | First Class Mail |
| On Reserve | 548 West 28th Street, 238 | New York, NY 10001 | First Class Mail |
| Painting Center Inc. | 548 West 28th Street, 500 | New York, NY 10001 | First Class Mail |
| Physiostudio Physical Therapy P.C. | 548 West 28th Street, 529 | New York, NY 10001 | First Class Mail |
| Pinetree  - Locker Room | 548 West 28th Street, 237 | New York, NY 10001 | First Class Mail |
| Pinetree Group, Inc. | 548 West 28th Street, 642 | New York, NY 10001 | First Class Mail |
| Play Work Group, LLC | 548 West 28th Street, 230 | New York, NY 10001 | First Class Mail |
| Play Work Group, LLC | 548 West 28th Street, 236 | New York, NY 10001 | First Class Mail |
| Pleiades Gallery of Contemporary Art, Inc | 548 West 28th Street, 304 | New York, NY 10001 | First Class Mail |
| Plug Studio, Inc. | 548 West 28th Street, 636 | New York, NY 10001 | First Class Mail |
| Polychrome Goods, LLC | 548 West 28th Street, 602 | New York, NY 10001 | First Class Mail |
| Prince Street Gallery | 548 West 28th Street, 504 | New York, NY 10001 | First Class Mail |
| Professor Andres Zervigon | 548 West 28th Street, 335 | New York, NY 10001 | First Class Mail |
| Richard Phibbs Studio Inc. | 548 West 28th Street, 608 | New York, NY 10001 | First Class Mail |
| Scott Gerson Conservation LLC | 548 West 28th Street, 208 | New York, NY 10001 | First Class Mail |
| Scott Gerson Conservation LLC | 548 West 28th Street, 210 | New York, NY 10001 | First Class Mail |
| SES AI Corp. | 548 West 28th Street, 510 | New York, NY 10001 | First Class Mail |
| Stephens Design Group | 548 West 28th Street, 616 | New York, NY 10001 | First Class Mail |
| Sub-Urban Photography, LLC | 548 West 28th Street, 332 | New York, NY 10001 | First Class Mail |
| Sub-Urban Photography, LLC | 548 West 28th Street, 337 | New York, NY 10001 | First Class Mail |
| Unarthodox, LLC | 548 West 28th Street, 300 | New York, NY 10001 | First Class Mail |
| Viridian Artist Inc. | 548 West 28th Street, 632 | New York, NY 10001 | First Class Mail |