

P.O. Box 558
Wayne, NJ 07474-0558

| | | |
|---|---|---|
| **Last Statement:** | | January 31, 2026 |
| **Statement Ending:** | | February 28, 2026 |
| **Page:** | | 1 of 3 |

12206 M0656DDA022826063450 02 000000000 35121 003

MARINERS GATE LLC
548 W 28TH ST SUITE 645
NEW YORK NY 10001-5500

| | | |
|---|---|---|
| ◈ Email: | | contactus@valley.com |
| 🖢 Visit Us Online: | | www.valley.com |
| ✉ Mail To: | | 1720 Route 23, Wayne, NJ 07470 |

## Account Statement

## BUSINESS ANALYSIS CHECKING  - XXXXXX4483

SUMMARY FOR THE PERIOD: 02/01/26 - 02/28/26

*MARINERS GATE LLC*

| Beginning Balance $20,472.96 | + | Deposits & Other Credits $3,719.04 | - | Withdrawals & Other Debits $23,229.92 | = | Ending Balance $962.08 |
|---|---|---|---|---|---|---|

TRANSACTIONS

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | Beginning Balance | | | $20,472.96 |
| 02/02 | WIRE IN 202602020002590 ALTAIMAGE CORP.  RENT | | $3,719.04 | $24,192.00 |
| 02/18 | ANALYSIS RESULTS CHG ANALYSIS ACTIVITY  FOR 01/26 | -$188.05 | | $24,003.95 |
| 02/25 | ACH DEBIT FEDERAL EXPRESS DEBIT 260225 | -$41.87 | | $23,962.08 |
| 02/27 | CHECK  3042 | -$23,000.00 | | $962.08 |
| **Ending Balance** | | | | **$962.08** |

CHECKS IN ORDER

| Date | Number | Amount |
|---|---|---|
| 02/27 | 3042 | $23,000.00 |

(*) Check Number Missing or Check Converted to Electronic Transaction and Listed under the Transaction section.



OVERDRAFT FEES

| | Total This Period: | Total Year-To-Date: |
|---|---|---|
| **Total Overdraft Fees:** | $0.00 | $0.00 |
| **Total Return Fees** | $0.00 | $0.00 |

---

Have Questions?  ✆ 800-522-4100    ⌨ valley.com    © 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender ⌂



| | |
|---|---|
| **Account Number:** | XXXXXX4483 |
| **Statement Date:** | 02/28/2026 |
| **Page :** | 2 of 3 |

P.O. Box 558
Wayne, NJ 07474-0558

## Check Images for Account XXXXXX4483



| 02/27/2026 | # 3042 | $23,000.00 |
|---|---|---|





| | |
|---|---|
| **Account Number:** | XXXXXX4483 |
| **Statement Date:** | 02/28/2026 |
| **Page :** | 3 of 3 |

P.O. Box 558
Wayne, NJ 07474-0558

## To Reconcile Your Account

1. Compare the checks listed as paid on your statement with the entries appearing in your checkbook to insure that they have been properly charged to your account.
2. Create a list of all checks that have been issued by you but have not been paid by Valley (Check(s) Outstanding).
3. Add to your checkbook balance any credit not already recorded in the checkbook.
4. Deduct from your checkbook any service charge or other charges (including automatic deductions) which you have not already recorded in your checkbook.
5. Follow the instructions listed in the Balance Reconciliation section below.

### Balance Reconciliation

| | |
|---|---|
| 1 Enter ending statement balance | |
| 2 Add deposits recorded in your checkbook but not shown on this statement. | |
| 3 Total (1 plus 2 above) | |
| 4 Subtract total check(s) outstanding | |
| 5 Balance (3 less 4 should equal checkbook balance) | |

## Finance Charge Computation For Personal Line Of Credit

The Finance Charge that accrues in any monthly billing period is determined on each day in the monthly billing cycle by multiplying the Daily Periodic Rate by the outstanding principal balance (after subtracting payments and adding advances posted that day); then we add the results of these calculations for the number of days in the billing cycle. The Daily Periodic Rate is the Annual Percentage Rate in effect during the monthly billing cycle divided by 365.

## In Case Of Errors Or Questions About Your Personal Line Of Credit Transactions

### A. Pursuant To The Federal Fair Credit Billing Act

If you think your statement is wrong or if you need more information about checking transactions on your statement which did not arise from an electronic transfer, write us as soon as possible at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can contact us at 800-522-4100, but doing so will not preserve your rights. In your letter, give us your name and account number and the dollar amount of the suspected error. Describe the error and explain, if you can,

why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### B. Under Applicable State Law

If you rely upon the 3 months period provided by state law, you may lose important rights that could be preserved by action more promptly under the federal law described in the first paragraph in this section. State law provisions apply only after expiration of the time period for submitting a proper written notice of a billing error under federal law.

## In Case Of Error Or Questions About Your Electronic Transfers (Pursuant to the Electronic Fund Transfer Act. Applicable to personal accounts only; does not pertain to wire transfers.)

If you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt, please contact us at 800-522-4100; write us at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. Tell us your name and account number and the dollar amount of the suspected error. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this or 20 business days if your notice of error involves an electronic fund transfer to or from the account within 30 days after the first deposit to the account was made, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**For additional terms and conditions applicable to your account statement, please refer to your account agreement.**



 

**JPMorganChase** 🞶

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 06, 2026 through February 27, 2026

**Account Number:** ███████ 7285

### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.

00004909 WBS 802 081 05926 NNNNNNNNNNN 1 000000000 C1 0000
MARINERS GATE LLC
DEBTOR IN POSSESSION
548 W 28TH ST STE 645
NEW YORK NY 10001-5500

## Commercial Checking

## Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $0.00 |  |
| Deposits and Credits | 9 | $350,272.08 |  |
| Withdrawals and Debits | 4 | $4,468.39 |  |
| Checks Paid | 0 | $0.00 |  |
| **Ending Ledger Balance** |  | **$345,803.69** |  |

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 02/18 | Online Transfer From Chk ...9490 Transaction#: 28120136445 | $89,064.44 |
| 02/19 | Remote Online Deposit  7 | 13,255.47 |
| 02/24 | Remote Online Deposit  7 | 4,331.44 |
| 02/25 | Remote Online Deposit  7 | 9,685.64 |
| 02/25 | Remote Online Deposit  7 | 3,165.00 |
| 02/26 | Remote Online Deposit  7 | 226,203.43 |
| 02/27 | Remote Online Deposit  7 | 4,565.83 |
| 02/27 | Orig CO Name:Mm222-P-Pinetree     Orig ID:12109483   Desc Date:022726 CO Entry Descr:Acctverifysec:CCD   Trace#:091408599759043 Eed:260227 Ind ID:12109483           Ind Name:Mm222-P-Pinetre 12109483 Trn: 0579759043Tc | 0.75 |
| 02/27 | Orig CO Name:Mm222-M-Mariners     Orig ID:12109476   Desc Date:022726 CO Entry Descr:Acctverifysec:CCD   Trace#:091408599759041 Eed:260227 Ind ID:12109476           Ind Name:Mm222-M-Mariner 12109476 Trn: 0579759041Tc | 0.08 |
| **Total** |  | **$350,272.08** |

\* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

**JPMorganChase** 〇

February 06, 2026 through February 27, 2026
**Account Number** ▮▮▮▮▮ 7285

## Withdrawals and Debits

| Ledger Date | Description | | | Amount |
|---|---|---|---|---|
| 02/20 | Deposited Item Returned of Items00001 | 000108274 | # | $4,331.44 |
| 02/20 | Orig CO Name:Intuit *   Orig ID:0000756346 Desc Date:260220 CO Entry Descr:Checks / Fsec:Web   Trace#:021000025369344 Eed:260220 Ind ID:7652894   Ind Name:Marty Golkin 800-446-8848 Trn: 0515369344Tc | | | 136.12 |
| 02/27 | Orig CO Name:Mm222-P-Pinetree   Orig ID:12109483   Desc Date:022726 CO Entry Descr:Acctverifysec:CCD   Trace#:091408591445739 Eed:260227 Ind ID:12109483   Ind Name:Mm222-P-Pinetre 12109483 Trn: 0571445739Tc | | | 0.75 |
| 02/27 | Orig CO Name:Mm222-M-Mariners   Orig ID:12109476   Desc Date:022726 CO Entry Descr:Acctverifysec:CCD   Trace#:091408591445737 Eed:260227 Ind ID:12109476   Ind Name:Mm222-M-Mariner 12109476 Trn: 0571445737Tc | | | 0.08 |
| **Total** | | | | **$4,468.39** |

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 02/18 | $89,064.44 | 02/25 | $115,034.43 |
| 02/19 | $102,319.91 | 02/26 | $341,237.86 |
| 02/20 | $97,852.35 | 02/27 | $345,803.69 |
| 02/24 | $102,183.79 | | |

Your service charges, fees and earnings credit have been calculated through account analysis

**JPMorganChase** ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 06, 2026 through February 27, 2026
**Account Number:** ███████ 7285

### Customer Service Information

If you have any questions about your statement, please contact your Customer Service Professional.

00004909 WBS 802 081 05926 NNNNNNNNNNN 1 000000000 C1 0000
MARINERS GATE LLC
DEBTOR IN POSSESSION
548 W 28TH ST STE 645
NEW YORK NY 10001-5500

## Commercial Checking

## Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $0.00 |  |
| Deposits and Credits | 9 | $350,272.08 |  |
| Withdrawals and Debits | 4 | $4,468.39 |  |
| Checks Paid | 0 | $0.00 |  |
| **Ending Ledger Balance** |  | **$345,803.69** |  |

## Deposits and Credits

| Ledger Date | Description | | Amount |
|---|---|---|---|
| 02/18 | Online Transfer From Chk ...9490 Transaction#: 28120136445 | | $89,064.44 |
| 02/19 | Remote Online Deposit | 7 | 13,255.47 |
| 02/24 | Remote Online Deposit | 7 | 4,331.44 |
| 02/25 | Remote Online Deposit | 7 | 9,685.64 |
| 02/25 | Remote Online Deposit | 7 | 3,165.00 |
| 02/26 | Remote Online Deposit | 7 | 226,203.43 |
| 02/27 | Remote Online Deposit | 7 | 4,565.83 |
| 02/27 | Orig CO Name:Mm222-P-Pinetree    Orig ID:12109483   Desc Date:022726<br>CO Entry Descr:Acctverifysec:CCD    Trace#:091408599759043 Eed:260227<br>Ind ID:12109483         Ind Name:Mm222-P-Pinetre<br>12109483 Trn: 0579759043Tc | | 0.75 |
| 02/27 | Orig CO Name:Mm222-M-Mariners    Orig ID:12109476   Desc Date:022726<br>CO Entry Descr:Acctverifysec:CCD    Trace#:091408599759041 Eed:260227<br>Ind ID:12109476         Ind Name:Mm222-M-Mariner<br>12109476 Trn: 0579759041Tc | | 0.08 |
| **Total** | | | **$350,272.08** |

\* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

**JPMorganChase** 〇

February 06, 2026 through February 27, 2026

**Account Number** ███████ 7285

## Withdrawals and Debits

| Ledger Date | Description | | | Amount |
|---|---|---|---|---|
| 02/20 | Deposited Item Returned          000108274 | | # | $4,331.44 |
| | of Items00001 | | | |
| 02/20 | Orig CO Name:Intuit *          Orig ID:0000756346 Desc Date:260220 CO | | | 136.12 |
| | Entry Descr:Checks / Fsec:Web   Trace#:021000025369344 Eed:260220 | | | |
| | Ind ID:7652894          Ind Name:Marty Golkin | | | |
| | 800-446-8848 Trn: 0515369344Tc | | | |
| 02/27 | Orig CO Name:Mm222-P-Pinetree     Orig ID:12109483   Desc Date:022726 | | | 0.75 |
| | CO Entry Descr:Acctverifysec:CCD   Trace#:091408591445739 Eed:260227 | | | |
| | Ind ID:12109483          Ind Name:Mm222-P-Pinetre | | | |
| | 12109483 Trn: 0571445739Tc | | | |
| 02/27 | Orig CO Name:Mm222-M-Mariners     Orig ID:12109476   Desc Date:022726 | | | 0.08 |
| | CO Entry Descr:Acctverifysec:CCD   Trace#:091408591445737 Eed:260227 | | | |
| | Ind ID:12109476          Ind Name:Mm222-M-Mariner | | | |
| | 12109476 Trn: 0571445737Tc | | | |
| **Total** | | | | **$4,468.39** |

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 02/18 | $89,064.44 | 02/25 | $115,034.43 |
| 02/19 | $102,319.91 | 02/26 | $341,237.86 |
| 02/20 | $97,852.35 | 02/27 | $345,803.69 |
| 02/24 | $102,183.79 | | |

Your service charges, fees and earnings credit have been calculated through account analysis

**JPMorganChase**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 31, 2026 through February 27, 2026
Account Number:                 2706



## CUSTOMER SERVICE INFORMATION

**If you have any questions about your statement, please contact your Customer Service Professional.**

00058878 DDA 802 212 05926 NNNNNNNNNNN 1 000000000 66 0000

MARINERS GATE LLC
548 W 28TH ST STE 645
NEW YORK NY 10001-5500

## SAVINGS SUMMARY    Commercial Money Market Savings

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$136,549.89** |
| Deposits and Additions | 2 | 450,016.68 |
| Electronic Withdrawals | 1 | - 574,668.32 |
| **Ending Balance** | 3 | **$11,898.25** |
| Interest Paid This Period |  | $16.68 |
| Interest Paid Year-to-Date |  | S295.83 |

Interest paid in 2025 for account           2706 was $3,160.51.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
|  | **Beginning Balance** |  | **$136,549.89** |
| 02/02 | Online Transfer From Chk ...9490 Transaction#: 27903489972 | 450,000.00 | 586,549.89 |
| 02/03 | Orig CO Name:Nyc Dept of Fin    Orig ID:1136400434 Desc Date:    CO Entry Descr:Nycdof Ptxsec:CCD Trace#:028000086854599 Eed:260203  Ind ID:C 499252987    Ind Name:Mariners Gate LLC Tm: 0336854599Tc | - 574,668.32 | 11,881.57 |
| 02/27 | Interest Payment | 16.68 | 11,898.25 |
|  | **Ending Balance** |  | **$11,898.25** |

A monthly Service Fee was **not** charged to your Commercial Money Market Savings account. You can continue to avoid this fee during any statement period by keeping a minimum daily balance in your account of $2,000.00 or more. (Your minimum daily balance was $11,881.00)

## JPMorganChase 🍩

January 31, 2026 through February 27, 2026
Account Number: ████████ 2706

## INTEREST RATE ON COLLECTED BALANCE

INTEREST
RATE(S)

| 02/01 | TO | 02/28 | AT | 0.59% |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC

**JPMorganChase** ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

January 31, 2026 through February 27, 2026
Account Number: █████████ 9490



### CUSTOMER SERVICE INFORMATION

**If you have any questions about your
statement, please contact your
Customer Service Professional.**

00001863 DDI 802 211 05926 NNNNNNNNNNN P1 000000000 60 0000
MARINERS GATE LLC
548 W 28TH ST STE 645
NEW YORK NY 10001-5500

## CHECKING SUMMARY | Commercial Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$526,595.78** |
| Deposits and Additions | 7 | 26,689.21 |
| Checks Paid | 1 | - 5,620.75 |
| Electronic Withdrawals | 3 | - 547,564.58 |
| Other Withdrawals, Fees & Charges | 1 | - 99.66 |
| **Ending Balance** | **12** | **$0.00** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/02 | Orig CO Name:Payroll Dynamics     Orig ID:12062903   Desc Date:020226 CO Entry Descr:Tax Col  Sec:PPD   Trace#:091408598253207 Eed:260202  Ind ID:         Ind Name:& Pinet Mm222 Mariners 12062903 Trn: 0338253207Tc | $164.78 |
| 02/03 | Orig CO Name:Richard Phibbs S     Orig ID:5665270521 Desc Date:     CO Entry Descr:E645    Sec:CCD   Trace#:122016066920930 Eed:260203  Ind ID:80007529490         Ind Name:Mariners Gate LLC     Invoice #: 14222A Trn: 0346920930Tc | 4,500.00 |
| 02/09 | Remote Online Deposit     1 | 4,700.00 |
| 02/11 | Orig CO Name:Nasty Pig Inc.     Orig ID:S941687665 Desc Date:260211 CO Entry Descr:Sender   Sec:CTX   Trace#:113000021892290 Eed:260211  Ind ID:844141428         Ind Name:0000Mariners Gate, L Onlne Trnsfr88871070 Trn: 0421892290Tc | 9,673.24 |
| 02/13 | Orig CO Name:Rainbow Broadban     Orig ID:1462121493 Desc Date:     CO Entry Descr:EDI Pymntssec:CCD   Trace#:091000016604381 Eed:260213  Ind ID:115170126842903         Ind Name:Mariners Gate LLC Nte*Obi*Invoice 14183A Vendor Payme Nts, Invoice Payments, Partnerreimb Ursements\EDI Trn: 0446604381Tc | 300.00 |

**JPMorganChase** 🦪

January 31, 2026 through February 27, 2026

Account Number: ▓▓▓▓▓▓▓9490

## DEPOSITS AND ADDITIONS   *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/13 | Orig CO Name:Rainbow Broadban   Orig ID:1462121493 Desc Date:   CO  Entry Descr:EDI Pymntssec:CCD   Trace#:091000016604383 Eed:260213   Ind ID:115170126842904       Ind Name:Mariners Gate LLC  Nte*Obi*Invoice 14230A Vendor Payme Nts, Invoice Payments, Partnerreimb Ursements\EDI Trn: 0446604383Tc | 300.00 |
| 02/18 | Orig CO Name:Unarthodox LLC       Orig ID:1462800242 Desc Date:260218 CO  Entry Descr:Payroll  Sec:PPD   Trace#:111000028342569 Eed:260218   Ind ID:002064Cc524A069        Ind Name:Mariners Gate, LLC Trn:  0498342569Tc | 7,051.19 |

**Total Deposits and Additions**  $26,689.21

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|--------------|-----------|--------|
| 2039 | 02/09 | $5,620.75 |

**Total Checks Paid**  $5,620.75

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/02 | Online Transfer To Sav ...2706 Transaction#: 27903489972 | $450,000.00 |
| 02/02 | Orig CO Name:Sprague Energy       Orig ID:4020415440 Desc Date:260130 CO  Entry Descr:Web Pay  Sec:CCD   Trace#:011500120234035 Eed:260202   Ind ID:Sprague           Ind Name:Mariners Gate, LLC  8449943835 Trn: 0330234035Tc | 8,500.14 |
| 02/18 | Online Transfer To Chk ...7285 Transaction#: 28120136445 | 89,064.44 |

**Total Electronic Withdrawals**  $547,564.58

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/17 | Account Analysis Settlement Charge | $99.66 |

**Total Other Withdrawals, Fees & Charges**  $99.66

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 02/02 | $68,260.42 |
| 02/03 | 72,760.42 |
| 02/09 | 71,839.67 |
| 02/11 | 81,512.91 |
| 02/13 | 82,112.91 |
| 02/17 | 82,013.25 |
| 02/18 | 0.00 |



January 31, 2026 through February 27, 2026
Account Number: ████████ 9490

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



**JPMorganChase**

## IMAGES

ACCOUNT # ████████ 9490



████ FEB 09 #0000002039 $5,620.75          ████████ FEB 09 #0000002039 $5,620.75

# Mariners Gate, LLC
## A/R Aging Summary
**As of February 28, 2026**

| | February 2026 |
|---|---|
| Aperture Foundation | 26,455.00 |
| Carter Burden Center | 9,427.46 |
| CLV Enterprises | 1,360.01 |
| Eagle Open Kitchen LLC. | 2,139.61 |
| Focus Audio Visual Services, Inc. | 3,687.38 |
| Hudson Guild Temp Space LLC | 102,616.00 |
| Montserrat Gallery | 3,564.43 |
| NY Cosmos Gallery | 9,472.13 |
| Play Work Group, LLC | 4,085.19 |
| Plug Studio Inc | 3,495.00 |
| Professor Andres Zervigon | 86.06 |
| Rainbow Broadband, Inc. | 300.00 |
| SES AI Corp. | 6,987.08 |
| Sub/Urban Photography, LLC | 4,091.72 |
| **TOTAL** | **177,767.07** |

**MARINERS GATE, LLC**

**OPERATING REPORT**

**Feb-26**

| | |
|---|---|
| Rental Income | $265,586 |
| | |
| **OPERATING EXPENSES** | |
| Fuel Oil | 9,229 |
| Building Supplies | 6,363 |
| Consulting - Read Water Submeter | 375 |
| Filling Fees | 365 |
| Office Supplies | 136 |
| Licenses and Fees | (690) |
| Insurance-Building | 19,573 |
| Payroll & Benefits | 90,710 |
| Real Estate Taxes | |
| Repairs and Maintenance | 20,658 |
| Rubbish Removal | 3,004 |
| Telephone | 1,216 |
| Electric | 11,589 |
| Elevator Service | 1,268 |
| Exterminating Service | 1,341 |
| Bank Charges | 100 |
| Additional Expenses | $6,570 (Health Ins JP $6,428.01, Payroll fees, Telephone) Misc |
| **Total Operating Expenses** | **171,807** |
| | |
| Net Income | 93,779 |
| | |
| Beg Bal | 843,470 |
| | |
| Real Estate Tax Payment | 574,668 |
| | |
| Net Balance after Paying Taxes | 362,581 |

# Wells Fargo Combined Statement of Accounts

February 28, 2026 ∎ Page 1 of 8



MARINERS GATE, LLC
DEBTOR IN POSSESSION
CH11 CASE #25-12819 (SNY)
548 W 28TH ST # 645
NEW YORK NY 10001-5500

Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
  1-800-CALL-WELLS   (1-800-225-5935)

  *En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (348)
     P.O. Box 6995
     Portland, OR  97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

File your taxes early to help prevent identity theft.

File early to help prevent someone else from filing taxes in your name. Find other tips at wellsfargo.com/spottaxscams.

Spot check fraud. Report it quickly.

If you write checks, make sure the person you sent it to actually receives and deposits it. Fraudsters target the mail and look for checks they can alter and deposit into their own accounts. They may keep the amount the same, so it's important to look at the check image and see if it has been changed. You can view checks online, or request check images by contacting us via phone or visiting a branch location. Report check fraud as soon as you notice it.

February 28, 2026 ■ Page 2 of 8



---

## Summary of accounts

### Checking and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| NAVIGATE BUSINESS CHECKING ˢᴹ (Your primary account) | 2 | ████9704 | 171,171.36 | 4,666.93 |
| BUSINESS PLATINUM SAVINGS | 6 | ████6092 | 25.00 | 25.00 |
| BUSINESS PLATINUM SAVINGS | 7 | ████6100 | 25.00 | 25.00 |
| | | Total deposit accounts | $171,221.36 | $4,716.93 |

---

## Navigate Business Checking ˢᴹ

### Statement period activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $171,171.36 |
| Deposits/Credits | 204,489.95 |
| Withdrawals/Debits | - 370,994.38 |
| Ending balance on 2/28 | $4,666.93 |

Account number: ████ 9704  (primary account)

MARINERS GATE, LLC
DEBTOR IN POSSESSION
CH11 CASE #25-12819 (SNY)

*NEW York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN) ████

For Wire Transfers use
Routing Number (RTN): ████

### Overdraft Protection

Your account is linked to the following for Overdraft Protection:

■    Savings - ████6092

### Interest summary

| | |
|---|---|
| Interest paid this statement | $1.73 |
| Average collected balance | $225,379.55 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $1.73 |
| Interest paid this year | $2.82 |
| Total interest paid in 2025 | $0.00 |

February 28, 2026 ■ Page 3 of 8



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/2 | | eDeposit IN Branch 02/02/26 11:43:00 Am 500 W 30th St NEW York NY | 29,173.89 | | 200,345.25 |
| 2/3 | | NEW Atlantic Gal ACH Pmt 260203 11205540977 Atlantic Gallery Feb Rent & Partial Tax Payment: | 6,812.71 | | |
| 2/3 | | WT 3073416034Es Jpmorgan Chase B /Org=1/Scott Gerson Conservation LLC Srf# 3073416034Es Trn#260203018873 Rfb# Bpl of 26/02/03 | 15,943.31 | | 223,101.27 |
| 2/4 | | MM222-M-Mariners Acctverify 020426 12109476 MM222-M-Mariner | 0.84 | | |
| 2/4 | < | Business to Business ACH Debit - MM222-M-Mariners Acctverify 020426 12109476 MM222-M-Mariner | | 0.84 | |
| 2/4 | < | Business to Business ACH Debit - Payroll Dynamics Billing 020426 12109483 MM222-P-Pinetre | | 47.95 | |
| 2/4 | < | Business to Business ACH Debit - Payroll Dynamics Billing 020426 12109476 MM222-M-Mariner | | 146.65 | |
| 2/4 | < | Business to Business ACH Debit - Payroll Dynamics Vendor Cs 020426 12109476 MM222-M-Mariner | | 231.00 | |
| 2/4 | < | Business to Business ACH Debit - Payroll Dynamics Vendor Rpg 020426 12109476 MM222-M-Mariner | | 987.07 | |
| 2/4 | < | Business to Business ACH Debit - Payroll Dynamics Tax 020426 12109476 MM222-M-Mariner | | 6,072.41 | |
| 2/4 | < | Business to Business ACH Debit - Payroll Dynamics Payroll 020426 12109476 MM222-M-Mariner | | 11,085.87 | 204,530.32 |
| 2/5 | | Bigstar Motion D ACH Pmt 260205 11206038934 Invoice 14188A | 25,759.65 | | |
| 2/5 | | Eagle Open Kitch ACH Pmt 260205 11205983115 Invoice 14192A | 63,344.99 | | 293,634.96 |
| 2/6 | | Eagle Open Kitch ACH Pmt 260206 11206144843 Invoice 13853A - Remaining Balance January 2025 T | 5,168.27 | | 298,803.23 |
| 2/9 | | eDeposit IN Branch 02/09/26 03:16:54 PM 500 W 30th St NEW York NY | 48,019.39 | | 346,822.62 |
| 2/11 | < | Business to Business ACH Debit - Payroll Dynamics Billing 021126 12109483 MM222-P-Pinetre | | 30.00 | |
| 2/11 | < | Business to Business ACH Debit - Payroll Dynamics Billing 021126 12109476 MM222-M-Mariner | | 78.20 | |
| 2/11 | < | Business to Business ACH Debit - Payroll Dynamics Vendor Cs 021126 12109476 MM222-M-Mariner | | 231.00 | |
| 2/11 | < | Business to Business ACH Debit - Payroll Dynamics Vendor Rpg 021126 12109476 MM222-M-Mariner | | 987.07 | |
| 2/11 | < | Business to Business ACH Debit - Payroll Dynamics Tax 021126 12109476 MM222-M-Mariner | | 5,991.18 | |
| 2/11 | < | Business to Business ACH Debit - Payroll Dynamics Payroll 021126 12109476 MM222-M-Mariner | | 11,016.23 | 328,488.94 |
| 2/12 | 2258 | Check | | 3,004.18 | 325,484.76 |
| 2/13 | | Home Depot Comm Online Pmt 260212 621934151877584 Pinetree Group Inc | | 1,919.70 | |
| 2/13 | < | Business to Business ACH Debit - First Insurance Insurance 900-103863981 Mariners Gate LLC | | 19,572.61 | |
| 2/13 | | Verizon Vz BILLPAY 1567934460001 W Street | | 1,565.59 | |
| 2/13 | < | Business to Business ACH Debit - United Healthcar EDI Paymts 559517595192 *1*260213103~lea*1*260213101~ | | 25,806.92 | |
| 2/13 | 2251 | Check | | 13,255.53 | 263,364.41 |
| 2/17 | 2253 | Check | | 4,463.27 | |
| 2/17 | < | Business to Business ACH Debit - Con Ed of NY Cecony 260212 90613000000 West 125th Street Ass | | 58.54 | |
| 2/17 | < | Business to Business ACH Debit - Con Ed of NY Cecony 260212 44297830000 W 125 St Assoc LLC | | 89.58 | |
| 2/17 | < | Business to Business ACH Debit - Con Ed of NY Cecony 260212 28266210005 W125 St Assoc. LLC | | 161.09 | |
| 2/17 | < | Business to Business ACH Debit - Con Ed of NY Cecony 260212 09727520000 W 125 St Assoc LLC | | 171.08 | |
| 2/17 | < | Business to Business ACH Debit - Con Ed of NY Cecony 260212 38737750000 W 125th St Associate L | | 348.26 | |

February 28, 2026 ■ Page 4 of 8



**WELLS FARGO**

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/17 | < | Business to Business ACH Debit - Rpg Consultants Bill.Com 015Wbytegrv579V Rpg Consultants - Inv #28269 | | 375.00 | |
| 2/17 | < | Business to Business ACH Debit - Con Ed of NY Cecony 260212 40072460005 W 125 St Assoc LLC | | 381.92 | |
| 2/17 | < | Business to Business ACH Debit - Con Ed of NY Cecony 260212 42031600002 W 125 St Assoc LLC R/P | | 468.41 | |
| 2/17 | < | Business to Business ACH Debit - Con Ed of NY Cecony 260212 12647049241 W 125 St Assoc LLC | | 483.51 | |
| 2/17 | < | Business to Business ACH Debit - Con Ed of NY Cecony 260212 17858150000 W 125 St. Assoc. LLC R | | 1,360.27 | |
| 2/17 | < | Business to Business ACH Debit - Con Ed of NY Cecony 260212 32245810000 W 125 St Assoc LLC Rpo | | 1,371.54 | |
| 2/17 | < | Business to Business ACH Debit - Fdny Business Fdny Bus C 502227406 Mariners Gate LLC | | 1,379.70 | |
| 2/17 | < | Business to Business ACH Debit - Con Ed of NY Cecony 260212 70193850008 W 125 St Assoc LLC | | 1,380.43 | |
| 2/17 | < | Business to Business ACH Debit - Con Ed of NY Cecony 260212 42523540005 W 125 St Assoc LLC | | 1,878.50 | |
| 2/17 | < | Business to Business ACH Debit - Con Ed of NY Cecony 260212 25591910002 W 125 St Assoc LLC | | 3,435.71 | |
| 2/17 | | Urban Environmen Wwp*Suburb 8Db1498624F0486 Mariners Gate LLC | | 1,341.34 | |
| 2/17 | 2252 | Check | | 2,942.69 | |
| 2/17 | 2255 | Check | | 457.28 | 240,816.29 |
| 2/18 | < | Business to Business ACH Debit - Payroll Dynamics Billing 021826 12109483 MM222-P-Pinetre | | 30.00 | |
| 2/18 | < | Business to Business ACH Debit - Payroll Dynamics Billing 021826 12109476 MM222-M-Mariner | | 78.20 | |
| 2/18 | < | Business to Business ACH Debit - Payroll Dynamics Vendor Cs 021826 12109476 MM222-M-Mariner | | 231.00 | |
| 2/18 | < | Business to Business ACH Debit - Payroll Dynamics Vendor Rpg 021826 12109476 MM222-M-Mariner | | 987.07 | |
| 2/18 | < | Business to Business ACH Debit - Payroll Dynamics Tax 021826 12109476 MM222-M-Mariner | | 5,808.62 | |
| 2/18 | < | Business to Business ACH Debit - Payroll Dynamics Payroll 021826 12109476 MM222-M-Mariner | | 11,050.85 | 222,630.55 |
| 2/19 | < | Business to Business ACH Debit - Quarterly Fee Payment 260218 0000 Mariners Gate LLC | | 365.00 | |
| 2/19 | 2256 | Check | | 5,378.65 | 216,886.90 |
| 2/20 | | WT 2026022000336727 Karen Miles /Org=1/Karen Miles Randall D Miles Srf# 2026022000336727 Trn#260220080276 Rfb# | 5,599.97 | | |
| 2/20 | 2254 | Check | | 1,268.39 | 221,218.48 |
| 2/24 | 2257 | Check | | 1,409.93 | 219,808.55 |
| 2/25 | < | Business to Business ACH Debit - Payroll Dynamics Billing ▇▇9483 MM222-P-Pinetre | | 30.00 | |
| 2/25 | < | Business to Business ACH Debit - Payroll Dynamics Billing ▇▇09476 MM222-M-Mariner | | 83.10 | |
| 2/25 | < | Business to Business ACH Debit - Payroll Dynamics Vendor Cs ▇▇9476 MM222-M-Mariner | | 231.00 | |
| 2/25 | < | Business to Business ACH Debit - Payroll Dynamics Vendor Rpg ▇▇9476 MM222-M-Mariner | | 445.15 | |
| 2/25 | < | Business to Business ACH Debit - Payroll Dynamics Tax▇▇ ▇9476 MM222-M-Mariner | | 4,788.06 | |
| 2/25 | < | Business to Business ACH Debit - Payroll Dynamics Payroll ▇▇9476 MM222-M-Mariner | | 9,792.92 | |
| 2/25 | < | Business to Business ACH Debit - Icw Group Web Pay▇▇ xxxxx8990 Mariners Gate LLC | | 1,234.89 | 203,203.43 |
| 2/26 | 2259 | Check | | 203,203.43 | 0.00 |
| 2/27 | | Instant Pmt From Denise Adler on 02/27 Ref#20260227021000089P1Bxaw184114141602 March 2026 Pictor Gallery Ste 204 | 4,665.20 | | |
| 2/27 | | Interest Payment | 1.73 | | 4,666.93 |
| Totals | | | $204,489.95 | $370,994.38 | |

February 28, 2026 ■ Page 5 of 8



WELLS FARGO

---

*Transaction History (continued)*

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 2251 | 2/13 | 13,255.53 | 2254 | 2/20 | 1,268.39 | 2257 | 2/24 | 1,409.93 |
| 2252 | 2/17 | 2,942.69 | 2255 | 2/17 | 457.28 | 2258 | 2/12 | 3,004.18 |
| 2253 | 2/17 | 4,463.27 | 2256 | 2/19 | 5,378.65 | 2259 | 2/26 | 203,203.43 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker, Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2026 - 02/28/2026 | Standard monthly service fee $25.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet one of the options to avoid the monthly service fee.

| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
|---|---|---|
| · Minimum daily balance | $10,000.00 | $0.00 ☐ |
| · Combined balance in linked accounts, which may include | $15,000.00 | $245,376.50 ☑ |

- Average ledger balance in your Navigate Business Checking, Initiate Business Checking, and Additional Navigate Business Checking, plus
- Average ledger balance in your Business Market Rate Savings and Business Platinum Savings, plus
- Average ledger balance in your Business Time Account (CD)

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
WK/WK

---

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 69 | 250 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

---



## ✓ IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

February 28, 2026 ■ Page 6 of 8



**WELLS FARGO**

---

# Business Platinum Savings

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $25.00 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 0.00 |
| Ending balance on 2/28 | $25.00 |

Account number: ████6092

MARINERS GATE, LLC
DEBTOR IN POSSESSION
CH11 CASE #25-12819 (SNY)

*NEW York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ████████

For Wire Transfers use
Routing Number (RTN): ████████

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $25.00 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.00 |
| Total interest paid in 2025 | $0.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2026 - 02/28/2026 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|

The fee is waived this fee period because the account is linked to a Navigate Business Checking account or Optimize Business Checking account.

| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
|---|---|---|
| • Minimum daily balance | $10,000.00 | $25.00 ☐ |
| • The fee is waived when linked to a Navigate Business Checking account or | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
YQ/YQ

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Deposited Items | 0 | 20 | 0 | 0.50 | 0.00 |
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Total service charges | | | | | $0.00 |



# Business Platinum Savings

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $25.00 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 0.00 |
| Ending balance on 2/28 | $25.00 |

Account number: ▮▮▮▮6100

MARINERS GATE, LLC
DEBTOR IN POSSESSION
CH11 CASE #25-12819 (SNY)

*NEW York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ▮▮▮▮▮▮

For Wire Transfers use
Routing Number (RTN): ▮▮▮▮▮▮

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $25.00 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.00 |
| Total interest paid in 2025 | $0.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2026 - 02/28/2026 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|

The fee is waived this fee period because the account is linked to a Navigate Business Checking account or Optimize Business Checking account.

| How to avoid the monthly service fee<br>Have any ONE of the following each fee period | Minimum required | This fee period |
|---|---|---|
| • Minimum daily balance | $10,000.00 | $25.00 ☐ |
| • The fee is waived when linked to a Navigate Business Checking account or | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
YO/YO

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Deposited Items | 0 | 20 | 0 | 0.50 | 0.00 |
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Total service charges | | | | | $0.00 |

February 28, 2026 ■ Page 8 of 8



**WELLS FARGO**

---

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER

A. The ending balance shown on your statement .......................... $ _____

ADD

B. Any deposits listed in your register or transfers into your account which are not shown on your statement.

$ _____
$ _____
$ _____
+ $ _____

........................... TOTAL $ _____

CALCULATE THE SUBTOTAL
(Add Parts A and B)

........................... TOTAL $ _____

SUBTRACT

C. The total outstanding checks and withdrawals from the chart above ............. $ _____

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register ............................. $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total amount | $ |

© 2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801