**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x

In re:                              )          Chapter 11
                                    )
Mariner's Gate LLC,                 )          Case No. 25-12819 (PB)
                                    )
              Debtor.               )          Re: ECF No. 43
------------------------------------------------------x

**ORDER GRANTING DEBTOR'S SETTLEMENT WITH HUDSON GUILD**

Upon the motion [ECF No. 43] (the "Motion") of Mariner's Gate LLC (the "Debtor")

seeking approval of a Stipulation of Settlement attached hereto as Exhibit "A" (the "Settlement")

reached with Hudson Guild Temp Space LLC ("Hudson Guild"), pursuant to Bankruptcy Rule

9019(a); and proper notice of the Settlement having been given; and no objection having been filed

or received; and a hearing having been held before the undersigned on March 17, 2026

(the "Hearing"); and the Court having found the Settlement to be fair and reasonable;

**NOW THEREFORE, IT IS HEREBY**

**ORDERED**, that the Settlement be and the same is approved to the extent set forth herein;

and it is further

**ORDERED**, that the Debtor is authorized to take all actions necessary to implement and

consummate the Settlement, including taking steps to remove existing violations as listed in the

Notice filed on March 16, 2026 [ECF No. 62] in accordance with the terms of the Settlement;

*provided*, *however*, that such actions shall at all times comply with, and be subject to, the

Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for

the Southern District of New York.


Dated: New York, New York
        April 16, 2026


    /s/ *Philip Bentley*
THE HONORABLE PHILIP BENTLEY
UNITED STATES BANKRUPTCY JUDGE