**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Stephanie R. Sweeney
Christopher Reilly

*Counsel to Hudson Guild Temp Space LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re                                                          :        Chapter 11
                                                               :
MARINER'S GATE, LLC                                            :        Case No. 25-12819 (PB)
                                                               :
                                    Debtor.                    :
-------------------------------------------------------------x

**HUDSON GUILD TEMP SPACE LLC'S RESERVATION OF RIGHTS WITH RESPECT
TO CONFIRMATION OF DEBTOR'S PLAN AND PROPOSED SALE**

**TO THE HONORABLE PHILIP BENTLEY,**
**UNITED STATES BANKRUPTCY JUDGE:**

Hudson Guild Temp Space LLC ("Hudson Guild"), by and through its undersigned

counsel, respectfully submits this reservation of rights (this "Reservation of Rights") in response

to the *Debtor's Notice of Auction Results* [Dkt. No. 109] (the "Auction Results") and the *Debtor's*

*Amended Plan of Reorganization* [Dkt. No. 97] (the "Plan"), *Plan Supplement* [Dkt. No. 111], and

attached proposed *Agreement of Purchase and Sale* [Dkt. No. 111-1] (the "APA") between

Mariner's Gate LLC (the "Debtor"), as seller, and JPMorgan Chase Bank, N.A. ("JPMC"), as

buyer, for the sale of the Debtor's building located at 547 West 27th Street and 548 West 28th

Street, New York, New York (the "Building"), and attached *Assumption Schedule* [Dkt. No. 111-

2] (the "Assumption Schedule"), providing for the proposed assumption and assignment of Hudson

#102406747v2

Guild's lease to JPMC. In support of this Reservation of Rights, Hudson Guild respectfully states as follows:

## RELEVANT FACTUAL BACKGROUND

1.    Hudson Guild is the tenant under that certain Lease Agreement, dated February 4, 2025 (the "Lease"), by and between the Debtor, as landlord, and Hudson Guild, as tenant, for the lease of certain space within the Building (the "Demised Premises").

2.    As this Court is aware, Hudson Guild has been unable to occupy the Demised Premises due to the Debtor's failure to clear pending violations and obtain a temporary certificate of occupancy for the Building (a "TCO").

3.    On April 16, 2026, the Court entered an *Order Granting Debtor's Settlement with Hudson Guild* [Dkt. No. 100] (the "Stipulation") approving that certain *Stipulation*, dated February 24, 2026, requiring the Debtor to segregate Hudson Guild's $300,000 security deposit (the "Security Deposit") and obtain the TCO as soon as practical but prior to the time to close on the sale of the Building, then scheduled for March 31, 2026. *See* Stipulation, Dkt. No. 100-1, ¶ 5.

4.    As further set forth in the Stipulation, "Upon issuance of the TCOs, provided Debtor has delivered access to the Demised Premises to Hudson Guild, Hudson Guild shall issue such estoppel certificate reasonably requested by Debtor and purchaser as necessary to consummate a sale of the Building approved by the Court (a "Sale"), which Sale shall include assumption of the Lease and the Debtor's obligations under this Stipulation by the purchaser upon closing of the Sale." *See id*. at ¶ 6.

5.    On March 25, 2026, the Debtor filed the *Notice of Potential Assumption and Assignment of Commercial Leases and Cure Amounts* [Dkt. No. 73] (the "Cure Notice") indicating

a $0 cure amount for Hudson Guild with respect to the Lease, noting that the Security Deposit is being held in trust for Hudson Guild. *See* Cure Notice, Dkt. No. 73.

6.      On April 8, 2026, Hudson Guild filed its *Reservation of Rights With Respect to Notice of Potential Assumption and Assignment of Commercial Leases and Cure Amounts* [Docket No. 89] (the "Initial Reservation of Rights"), pursuant to which Hudson Guild expressly reserved all rights with respect to the Debtor's ability to assume and assign the Lease absent satisfaction of the Debtor's obligations under section 365 of the Bankruptcy Code, the Lease, and the Stipulation to obtain a TCO and grant Hudson Guild lawful possession of the Demised Premises.

7.      On April 21, 2026, Hudson Guild filed Proof of Claim No. 5 against the Debtor, asserting a claim in the total amount of $3,647,542.00, of which $300,000.00 is asserted as secured. *See* Proof of Claim No. 5.

8.      Pursuant to the Assumption Schedule, JPMC and the Debtor seek to have the Lease assumed and assigned to JPMC. *See* Assumption Schedule. Pursuant to the APA, the Security Deposit will be "transferred to Buyer [JPMC], and Buyer will maintain the same in trust for Hudson Guild in accordance with the applicable Lease and Applicable Law." *See* APA § 10.1(f).

9.      As of the date hereof, although Hudson Guild's Security Deposit has been segregated, a TCO has not been issued, and the Debtor has been unable to deliver possession of the Demised Premises to Hudson Guild, and it is not likely that a TCO will be issued prior to the closing of the sale to JPMC.

## RESERVATION OF RIGHTS

10.     Provided that a TCO is obtained and legal possession of the Demised Premises is delivered to Hudson Guild, Hudson Guild has no objection to the sale of the Building to JPMC, the assumption and assignment of the Lease to JPMC, and the transfer of the Security Deposit to

#102406747v2

JPMC.   However, given the Debtor's inability since February to make substantive progress towards obtaining a TCO, it is highly unlikely this will occur prior to the closing of the sale and proposed assumption of the Lease by JPMC.

11.    As a result, nonmonetary defaults exist, and will likely continue to exist as of the closing of the sale, which require cure, or adequate assurance of prompt cure, and the Debtor has not met its burden to establish that these requirements for assumption have been met. *See* Initial Reservation of Rights, ¶ 7.

12.    Hudson Guild and JPMC and their respective counsel have conferred prior to the fling of this Reservation of Rights and are seeking to reach an agreement prior to the hearing on confirmation of the Plan and approval of the APA with respect to these issues. However, as of the date hereof, Hudson Guild files this Reservation of Rights in order to expressly preserve all rights pending the outcome of those discussions.

Dated:   New York, New York
         May 7, 2026

**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**

By:   /s/ Stephanie R. Sweeney
      Stephanie R. Sweeney
      Christopher Reilly
      200 West 41st Street, 17th Floor

200 West 41st Street, 17th Floor
New York, NY 10036
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: ssweeney@klestadt.com
       creilly@klestadt.com

*Counsel to Hudson Guild Temp Space LLC*

#102406747v2