UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In re:                                               Chapter 11

Mariner's Gate LLC,                                  Case No. 25-12819-PB

                              Debtor.
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF MOTION

**PLEASE TAKE NOTICE,** that the debtor herein, Mariner's Gate LLC (the "Debtor") hereby

withdraws its Motion for Authority to Enter Into Insurance Premium Finance Agreement and to Provide

Adequate Protection [ECF No. 104].

Dated: New York, New York
       May 22, 2026

                              Goldberg Weprin Finkel Goldstein LLP
                              *Attorneys for the Debtor*
                              125 Park Avenue, 12th Floor
                              New York, New York 10017
                              (212) 221-5700

                              By: /s/ J. Ted Donovan, Esq.