| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | **Presentment Date and Time**:<br>**June 8, 2026 @ 12:00 noon** |

-------------------------------------------------------------x

In re:                                                                     Chapter 11

Mariner's Gate LLC,                                         Case No. 25-12819-PB

                                        Debtor.

-------------------------------------------------------------x

## NOTICE OF PRESENTMENT

**PLEASE TAKE NOTICE** that Mariner's Gate LLC, the Debtor herein, will present the proposed *Order Containing a Post-Confirmation Timetable Pursuant to Local Rule 3021-1*, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order") for signature to the Honorable Philip Bentley at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004 on June 8, 2026 at 12:00 noon.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to entry of the Proposed Order shall be filed in writing on the Court's ECF docket prior to the date and time set for the presentment of the Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that unless a timely objection is made to entry of the Proposed Order, the Proposed Order may be entered without a hearing. If a timely objection is made, a Hearing shall be held at a date and time to be determined upon further notice to the Objectant.

Dated: New York, New York
          May 27, 2026

                                        Goldberg Weprin Finkel Goldstein LLP
                                        *Attorneys for the Debtor*
                                        125 Park Avenue, 12th Floor
                                        New York, New York 1017
                                        (212) 221-5700

                                        By:    /s/ J. Ted Donovan