**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Mariner's Gate LLC | ) | Case No. 25-12819 (PB) |
| | ) | |
| Debtor(s). | ) | Re: ECF No. 78 |

-------------------------------------------------------------x

### ORDER AUTHORIZING THE RETENTION OF AVISON YOUNG AS REAL ESTATE BROKER PURSUANT TO SECTIONS 327(a) and 328(a) OF THE BANKRUPTCY CODE

Upon the Application of Mariner's Gate LLC (the "Debtor") for an Order, pursuant to Section 327(a) and 328(a) of Title 11 of the United States Code (the "Bankruptcy Code"), authorizing the Debtor to retain Avison Young-New York, LLC and Tri-State Investment Sales Team (collectively "Avison Young") as the Debtor's real estate broker to sell and market the Debtor's commercial loft office building located at 548 West 28th Street (the "Building") for public auction pursuant to approved bid procedures (see ECF No. 68); and upon the Declaration of James Nelson (the "Nelson Declaration"); and good and sufficient notice having been given; and the Court being satisfied that Avison Young is a "disinterested" person within the meaning of the Bankruptcy Code; and that the relief requested is reasonable and in the best interests of the Debtor and its creditors; and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED**, that

1.      The Motion is granted to the extent set forth herein.

2.      In accordance with Section 327(a) of the Bankruptcy Code, the Debtor is hereby authorized to employ and retain Avison Young as its real estate broker to market and sell the Building as of March 18, 2026.

3.      Avison Young's post-petition engagement agreement with the Debtor as attached to the Nelson Declaration as Exhibit "A" is approved.

4.      Avison Young is eligible to receive the following commission formula: (a) 1.5% of the gross sales price for a direct sale and 2% of the gross sales price in the event the sale involves an outside broker in the event Avison Young procures a third-party buyer that becomes the successful purchaser for the Building as approved by the Bankruptcy Court; and (b) Avison Young shall not be eligible for any commissions in the event of a credit bid by either JPMorgan Chase Bank or W Financial, or their assigns. Avison Young's compensation on a credit shall be limited to reimbursement of expenses.

5.      Any commission to which Avison Young is entitled must be approved by the Bankruptcy Court after notice and a hearing based upon the filing of a fee application. Notwithstanding anything to the contrary in the Motion or the Agreement, Avison Young will not be entitled to any compensation in this Bankruptcy Case beyond the amounts set forth in the Agreement.

6.      Notwithstanding anything to the contrary in the Motion or the Agreement, Avison Young's retention shall be effective through April 16, 2026 (the "Term"). Expiration of the Term does not affect Avison Young's rights to seek compensation in the event of a closing with a prospective purchaser procured by Avison Young under the Agreement.

7.      Notwithstanding anything to the contrary in the Motion or the Agreement, Avison Young shall not act as an auctioneer with respect to the sale of the Building, which shall be conducted by the Debtor's counsel.

8.      In the event that any provisions in the Agreement conflict with this Order, the terms of this Order shall control.

9.      The Court shall retain jurisdiction with respect to all matters arising from or related

to the retention of Avison Young and its compensation.


**NO OBJECTION:**
**WILLIAM K HARRINGTON**
**UNITED STATES TRUSTEE, REGION 2**

By:   /s/ Tara Tiantian
       Tara Tiantian
       Trial Attorney
       Office of the United States Trustee
       Alexander Hamilton Custom House
       One Bowling Green, Room 510
       New York, New York 10004
       (212) 510-0500

Dated: New York, New York
        May 12, 2026


        Dated: New York, New York
               June 2, 2026


        /s/ *Philip Bentley*
        Hon. Philip Bentley
        United States Bankruptcy Judge

3