UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| Mariner's Gate LLC, | Case No. 25-12819-PB |
| Debtor. | |

-----------------------------------------------------------x

**NOTICE OF EFFECTIVE DATE OF THE DEBTOR'S AMENDED CHAPTER 11 PLAN OF REORGANIZATION AND ADMINISTRATIVE BAR DATE**

**PLEASE TAKE NOTICE** that the Debtor's Chapter 11 Plan of Reorganization [ECF No. 97] (the "Plan") was confirmed by Order dated May 12, 2026 [ECF No. 118] and went fully effective on June 24, 2026 (the "Effective Date") pursuant to Order of the Bankruptcy Court dated June 23, 2026 [ECF No. 136].

**PLEASE TAKE NOTICE** that the pursuant to Sections 1.2 and 2.2 of the Plan, the Administrative Bar Date, that is, the deadline by which all requests for payment of Administrative Expense Claims, including Professional Fee Claims, must be filed and served on the Debtor, is fixed at thirty (30) days from the Effective Date, or July 24, 2026.

Dated: New York, NY
June 25, 2026

Goldberg Weprin Finkel Goldstein LLP
*Attorneys of Debtor*
125 Park Avenue, 12th Floor
New York, NY 10017

By: /s/ J. Ted Donovan, Esq.