**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Mariner's Gate, LLC | ) | Case No. 25-12819 (PB) |
| | ) | |
| Debtor. | ) | Re: ECF No. 118, 121 |

## ORDER CONCERNING POST-CONFIRMATION TIMETABLE PURSUANT TO LOCAL RULE 3021-1

This matter having come before this Court on presentment, and the Court having reviewed and considered this *Order Concerning Post-Confirmation Timetable Pursuant to Local Rule 3021-1* (the "Order") filed pursuant to 11 U.S.C. § 1106(a)(7), Fed. R. Bankr. P. 3021, and Local Rule 3021-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"); and it appearing that the Court has jurisdiction over the Order pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and good and sufficient notice of the Order having been given and no other or further notice of the Order being necessary; and the Court having determined that the timetable set forth in this Order is in the best interests of the Debtor, its estate, its creditors and other parties in interest; and no objections to the relief requested in the Order having been filed; and good and sufficient cause appearing therefor,

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT**

1. The following timetable for steps to achieve entry of final decree in the Chapter 11 Case (the "Timetable") is approved:

a. Substantial Consummation of the Plan. The Effective Date and substantial consummation of the Plan has occurred in connection with the closing on the sale of the Debtor's Property on June 24, 2026.

b. Distributions. All distributions shall be made by the Disbursing Agent in accordance with the terms of the Plan.

c. Resolution of Claims. The Debtor currently does not anticipate filing any objections to Claims.

d. Professional Fees. The Debtor's Professionals shall file respective applications for allowance of compensation within thirty (30) days of the Effective Date.

e. Closing of Chapter 11 Case. The Debtor seeks to fully administer and close the Chapter 11 Case as soon as practicable.

2. The dates referred to in this Timetable are the current good faith estimates and are subject to change. In accordance with Local Rule 3021-1(b), the Debtor will inform the Court of any revisions thereto.

3. The Disbursing Agent is responsible for safeguarding and accounting for proceeds of all recoveries on behalf of the Debtor's estate.

4. In satisfaction of Local Rule 3021-1(b) and the requirements set forth in 11 U.S.C. § 1106(a)(7), the Debtor shall file a status report detailing the actions taken in furtherance of Plan every quarter until a final decree has been entered closing such case.

5. The Debtor will (i) pay all United States Trustee quarterly fees due under 28 U.S.C. § 1930(a)(6) until the entry of a final decree, dismissal or conversion of such Chapter 11 Case to Chapter 7, and (ii) provide the United States Trustee with related disbursement information on or about the end of the month following each calendar quarter.

6. The terms and conditions of this Order are effective immediately upon entry.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated : New York, New York
June 26, 2026

/s/ *Philip Bentley*
Honorable Philip Bentley
United States Bankruptcy Judge